Richard K. LeBLOND et al., Appellants, v. Haig M. BOYAJOHN et al., Appellee.

Supreme Court of Florida.
Jan. Term, 1936.

Stapp, Gourley, Ward & Ward, of Miami, for appellants.

Batchelor & Dyer, of Miami, for appellee.

PER CURIAM.

Appeal dismissed on motion of counsel for the respective parties.